MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

**FILED**
FEB 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES MAGISTRATE COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEDRO DANIEL RODRIGUEZ, and ) <br> YUNIBA ELIZABETH CORDERO ) <br> ) <br> Defendants. ) | No. 3:11-MJ-71425 <br><br> [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM FEBRUARY 8, 2012 TO FEBRUARY 23, 2012 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of February 23, 2012 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 8, 2012 to February 23, 2012. The parties agree, and the Court finds and holds, as follows:

    1. The defendants are currently in custody.

    2. The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in their clients' best interest, and that it is not in their clients' interest for the United States to indict the case during the normal 14-day timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 8, 2012 to February 23, 2012, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on February 23, 2012, at 9:30 a.m., and (2) orders that the period from February 8, 2012 to February 23, 2012, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: February 2, 2012        /s/
                               ELIZABETH FALK
                               Attorney for Defendant Pedro Rodriguez

DATED: February 2, 2012        /s/
                               LINDA FULLERTON
                               Attorney for Defendant Yuniba Cordero

DATED: February 2, 2012        /s/
                               AARON D. WEGNER
                               Assistant United States Attorney

///

1  IT IS SO ORDERED.
2  DATED: 2-2-12
3  
   HON. MARIA-ELENA JAMES
   United States Magistrate Judge

3